# IN THE SUPREME COURT OF THE STATE OF NEVADA

GLEN TROGDON,
Appellant,
vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
GREGORY COX, DIR.; AND NDOC
SOUTHERN ADMINISTRATIVE
COMMAND CENTER,
Respondents.

No. 69586

FILED

FEB 0 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order affirming a justice court judgment. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Appellant's case arose in justice court. The district courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969) (holding that district court has final appellate jurisdiction in cases arising in the justice's court). Accordingly, we conclude that we lack jurisdiction over this appeal, and we therefore

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

SUPREME COURT
OF
NEVADA

(O) 1947A

16-03303

cc: Hon. Michelle Leavitt, District Judge
Glen Trogdon
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A